Slip Op. 23-2

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WUXI TIANRAN PHOTOVOLTAIC CO., LTD., <br><br>        Plaintiff,<br><br>  and<br><br>JA SOLAR TECH. YANGZHOU CO., LTD., SHANGHAI JA SOLAR TECH. CO., LTD., and JINGAO SOLAR CO., LTD.,<br><br>        Consolidated Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant. | Before: Jane A. Restani, Judge<br><br>Consol. Ct. No. 21-00538 |

## JUDGMENT

Following remand, the United States Department of Commerce ("Commerce") submitted the Final Results of Redetermination Pursuant to Court Remand, ECF No. 38 (Oct. 6, 2022) ("Remand Results"). Plaintiff Wuxi Tianran Photovoltaic Co., Ltd., submitted comments on the Remand Results arguing that Commerce's general practice of requiring "complete participation in verification" for all of a respondent's customers is unreasonable. Comments on Remand Redetermination of Plaintiff, ECF No. 41 at 2–3 (Nov. 7, 2022) ("Tianran Comments"). Nevertheless, in this unique circumstance, Plaintiff concedes that the Remand Results comply with the court's remand order and does not further challenge Commerce's determination. Tianran Comments at 2–3 ("Tianran concedes that Commerce's Remand Results generally complies with the [c]ourt's Remand Order . . . . Tianran does not further challenge Commerce's determination in the Remand Results"). Consolidated Plaintiffs do not raise any independent comments. See

Objections to Remand Results of Consolidated Plaintiffs and Plaintiff-Intervenors, ECF. No. 42 (Nov. 7, 2022).  Accordingly, it is

        **ORDERED**, **ADJUDGED**, and **DECREED** that the <u>Remand Results</u> by Commerce are **SUSTAINED**.

                                                            <u>/s/ Jane A. Restani</u>
                                                           Jane A. Restani, Judge

Dated: January 10, 2023
        New York, New York